# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-2793

_____

David James Carlson

*Plaintiff - Appellant*

v.

County of Ramsey; County of Anoka; Independent School District No. 624, White
Bear Lake, Minnesota

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: January 13, 2017
Filed: January 19, 2017
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

David Carlson appeals from an order of the District Court[1] dismissing his pro se 42 U.S.C. § 1983 complaint. We have reviewed the record and considered the issues that are properly before us, and we conclude that Carlson's federal claims were properly dismissed and that the District Court acted within its discretion in declining to exercise supplemental jurisdiction over the state-law claims. Accordingly, we affirm the judgment, see 8th Cir. R. 47B, and we deny the pending motions to expedite review and to supplement the record.

––––––––––––––––––––––––

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.